UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ-RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON R. SESSIONS, et al., <br><br> Defendants. | No. ED CV 18-02289-MWF (PLA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to state a claim.

DATED: August 30, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE